**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF ARKANSAS**

**CHRISTOPHER ESTRADA**
**on behalf of himself and all others similarly situated,** **PLAINTIFF**

**VS.** **CASE NO. 4:26-CV-04058-JTS**

**HOPE BAKING COMPANY, INC. and**
**EAST BAKING COMPANY, INC.** **DEFENDANTS**

---

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**OF CLAIMS WITHOUT PREJUDICE**

---

Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, files this Notice of Voluntary Dismissal of claims without prejudice as to Defendant's Hope Baking Company, Inc. and East Baking Company, Inc.

DATED: September 23, 2026.

By: _/s/ J Matthew Coe_
**ROGERS & COE, ATTORNEYS AT LAW**
J. Matthew Coe (AR05224, TN24947)
123 West Broadway, Ste. A
PO Box 1666
West Memphis, Arkansas 72301
(870)735-1900 (telephone)
(870)735-1662 (facsimile)

**LANKENAU & MILLER, LLP**
Stuart J. Miller (SJM 4276)
Johnathan Miller
100 Church Street, 8th FL
New York, NY 10007
P: (212) 581-5005
F: (212) 581-2122

**THE GARDNER FIRM**
Mary E. Olsen (OLSEM4818)
M. Vance McCrary (MCCRM4402)

182 St. Francis Street
Suite 103
Mobile, Alabama 36602
P : (251) 433-8100
F : (251) 433-8181

***Attorneys for Plaintiff***